## IN THE COUNTY COURT
## IN AND FOR DUVAL COUNTY, FLORIDA

RANDY D. DESIMONE

        Plaintiff,

vs.

TARGET CORPORATION

    Serve on:
    CT CORPORATION SYSTEM
    1200 S. PINE ISLAND ROAD
    PLANTATION FL 33324

    and

ZAKHEIM & ASSOCIATES, P.A.

    Serve on:
    ZAKHEIM, SCOTT C.
    1045 SOUTH UNIVERSITY DRIVE
    SUITE 202
    PLANTATION FL 33324

        Defendants.
_____ //

CASE NO.:

DIVISION:   -XXXX-MA

16- 2009 -SC-0 0 0 2 2 3

3:09-cv-387-J-25MCR

DIV.A

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Randy D. Desimone, by his undersigned attorney, hereby sues Target Corporation ("Creditor") and Zakheim & Associates, P.A. ("Collection Agency"), and for his Complaint states as follows:

1.    This is an action for damages not in excess of $5,000.00, exclusive of costs, interests and attorney's fees.

2.    Plaintiff is a resident of Florida.

3.    Creditor and Collection Agency are entities qualified to conduct business in Florida.

- 1 -

## COUNT I – Unlawful Collection Practices by Target Corporation

4.      Mr. Desimone had an outstanding debt to Creditor which he was unable to pay.

5.      On August 26, 2008, Mr. Desimone, through counsel, advised Creditor that he was represented by counsel and requested that Creditor cease all direct contact with him.  A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A.

6.      The August 26, 2008 communication to Creditor placed Creditor on notice that: (a) Mr. Desimone was represented by counsel with regard to the debt, and (b) Mr. Desimone did not wish to be contacted directly again by Creditor.

7.      Creditor willfully communicated with Mr. Desimone through its agent, Collection Agency, by a letter dated November 13, 2008 (Exhibit B).

8.      The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act, Fl. Stat. § 559.72(18).

WHEREFORE, Plaintiff, Randy D. Desimone, demands judgment against Defendant, Target Corporation, for actual and statutory damages, together with punitive damages, pre- and post- judgment interest, attorney's fees and costs of suit.

## COUNT II – Unlawful Collection Practices by Zakheim & Associates, P.A.

9.      Mr. Desimone incorporates the allegations of paragraphs 5 through 7 above.

10.     Collection Agency willfully communicated with Mr. Desimone by sending him the November 13, 2008 letter, even though Mr. Desimone was known to be represented by counsel and had requested that all direct contact with him cease.

11.     The communication from Collection Agency to Mr. Desimone constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. §559.72 and the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692c.

WHEREFORE, Plaintiff, Randy D. Desimone, demands judgment against Defendant, Zakheim & Associates, P.A. for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

## COUNT III – Injunctive Relief

12.     Mr. Desimone incorporates by reference paragraphs 5 through 7 of this Complaint.

13.     Mr. Desimone will be irreparably damaged should Creditor and Collection Agency continue their illegal and harassing communications to him.

WHEREFORE, Plaintiff, Randy D. Desimone, demands judgment against Defendants, Target Corporation and Zakheim & Associates, P.A. permanently enjoining them, their officers, directors, agents, attorneys and employees, and anyone acting in concert with them, from contacting Mr. Desimone or any other person in connection with the alleged debt, and awarding Mr. Desimone punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

WENDELL FINNER, Florida Bar No. 0093882
234 Ninth Avenue South
Jacksonville Beach, Florida 32250-6537
(904) 242-7070
*Attorney for Plaintiff*